UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAROL RICCIO and DENNIS RICCIO,

                Plaintiffs,                **ORDER**

    -against-                              CV-03-859 (JMA)

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------X

A P P E A R A N C E S:

David Segal, Esq.
30 Vesey Street, Room 900
New York, New York 10007
*Attorney for Plaintiffs*

Roslynn R. Mauskopf
United States Attorney
By: Artemis Lekakis, AUSA
One Pierrepont Plaza
Brooklyn, New York 11201
*Attorney for Defendant*

**AZRACK, United States Magistrate Judge**:

      I have reviewed the Government's submission in support of its motion for reconsideration and it is hereby DENIED. The Clerk of the Court is directed to enter judgment in favor of the plaintiff and against the defendant for 50 percent of the as yet undetermined damages.

SO ORDERED.

Dated: August 16, 2007
       Brooklyn, New York

                                          /s/
                                   JOAN M. AZRACK
                                   UNITED STATES MAGISTRATE JUDGE